# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY SUSSMAN.<br><br>Defendant. | Case No.  CR 18-394-JFW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On February 14, 2022, Defendant made his initial appearance – by consent to video-teleconference - on the petition for revocation of supervised release and warrant for arrest issued on June 5, 2020.  David Reed, a member of the indigent defense panel, was appointed to represent the defendant.  The government was represented by Assistant U.S. Attorney Jenna McCabe.

A detention hearing was held.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the petition alleges that within days of being placed on supervised release, Defendant tested positive for illegal substances and was unsuccessfully discharged from residential drug treatment. Defendant absconded and his whereabouts were unknown.
> ☒ Defendant has not proffered any sureties;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (<u>see</u> above)
> ☒ history of substance abuse
> ☒ Defendant's criminal history
> ☒ Defendant's previous violations of supervised release

### III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: February 14, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE